IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Ronald Williams, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No: 9:16-cv-03097-DCN |
| ) | |
| Wal-Mart Stores, Inc., Wal-Mart Stores ) | |
| East, LP, and Wal-Mart Stores East, Inc., ) | |
| ) | |
| Defendants. ) | |

## Defendants' Request for Protection

In accordance with Local Rule 6.02, Defendants Wal-Mart Stores, Inc., Wal-Mart Stores East, LP, and Wal-Mart Stores East, Inc. (collectively "Wal-Mart") respectfully file this request for protection from trial during the March 2018 trial term, from March 1, 2018 through March 31, 2018.

Wal-Mart's lead counsel, Neal Manne, will be in Ireland from March 9, 2018 through March 18, 2018 on a long-scheduled trip to celebrate his wife's 60th birthday. He is therefore unable to prepare for or participate in a trial that begins during the March 2018 trial term.

Wal-Mart previously provided notice of this conflict to plaintiff's counsel.

Dated: August 17, 2017

By: /s/ Ronald K. Wray, II
Ronald K. Wray, II (Fed I.D. 05763)
GALLIVAN, WHITE & BOYD, P.A.
55 Beattie Place, Suite 1200
P.O. Box 10589 Greenville, SC 29603
Telephone: (864) 271-9580
Facsimile: (864) 271-7502
rwray@gwblawfirm.com

Neal S. Manne (pro hac vice)

Robert Rivera, Jr. (pro hac vice)
Shawn L. Raymond (pro hac vice)
Weston O'Black (pro hac vice)
Adam Carlis (pro hac vice)
Susman Godfrey L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
nmanne@susmangodfrey.com
rrivera@susmangodfrey.com
sraymond@susmangodfrey.com
woblack@susmangodfrey.com
acarlis@susmangodfrey.com

Attorneys for Defendants Wal-Mart Stores, Inc., Wal-Mart Stores East, LP, and Wal-Mart Stores East, Inc.

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument has been served on the following counsel of record, this 17th day of August, 2017, as indicated below:

Alex C. Davis
Jones Ward PLC
Marion E. Taylor Building
312 South Fourth St., 6th Floor
Louisville, Kentucky 40205
alex@jonesward.com

Mark B. Tinsley
Gooding and Gooding, P.A.
P.O. Box 1000
265 Barnwell Highway
Allendale, SC 29810
mark@goodingandgooding.com

/s/ Ronald K. Wray, II
Ronald K. Wray, II